IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 18-10008-KHK |
| GAIL ROBIN JONES, ) | Chapter 13 |
| ) | |
| Debtor. ) | |
| ) | |

# MOTION TO CONVERT
# CHAPTER 13 CASE TO CHAPTER 11 CASE

COMES NOW Debtor, Gail Robin Jones ("Debtor" or "Jones") by counsel, and states the following in support of her Motion to Convert Chapter 13 case to Chapter 11 case pursuant to 11 U.S.C. §1307(d).

1.  Debtor filed her voluntary minimum requirements Chapter 13 bankruptcy case on January 2, 2018.

## BACKGROUND

2.  Debtor filed three (3) prior cases.

(a)  On March 5, 2014, Jones filed a Chapter 7 case, Case No. 14-10795-BFK. On June 6, 2014, Jones was granted a Chapter 7 discharge, Docket No. 31. On September 8, 2015, Jones voluntarily waived her Chapter 7 discharge, Docket No. 52.

(b)  On May 4, 2015, Jones filed a Chapter 13 case, Case No. 15-11524-BFK. On May 24, 2015, this case was dismissed administratively, Docket No. 14.

(c)  On July 18, 2016, Jones filed a Chapter 11 case, Case No. 16-12460-BFK. On June 23, 2017, an Order Dismissing Case with Prejudice for a Period of Ninety Days was entered, Docket No. 68.

John T. Donelan, Esquire
Virginia State Bar No. 18049
125 South Royal Street
Alexandria, Virginia  22314
703-684-7555
*Counsel for Gail Robin Jones*

## CURRENT CASE

3. On January 2, 2018, Jones filed a Chapter 13 Minimum Requirements filing.

4. On January 16, 2018, Jones filed a Motion to Extend Time for Filing Lists, Schedules and Statements, Docket No. 11.

5. On January 17, 2018, an Order Granting Debtor's Motion to Extend Time for Filing Lists, Schedules and Statements until January 23, 2018 was entered, Docket No. 13.

6. Shortly after this case was filed, counsel determined that Jones did not meet the monetary requirements of 11 U.S.C. §109(e) as the Debtor had unsecured debts in excess of $394,725.00.

7. On January 23, 2018, Jones filed her Lists, Schedules and Statements, Docket Nos. 15 and 17.

8. On January 29, 2018, Jones filed the instant Motion to Convert Chapter 13 Case to Chapter 11 Case.

9. Jones anticipates that she will be able to file her Chapter 11 Disclosure Statement and Plan within ninety (90) days.

10. The Debtor and Samuel R. Seward, Jr. are Joint Tenants with the Right of Survivorship to Debtor's real property. Mr. Seward will contribute to the payment of the mortgages on said real property rendering the Plan feasible.

11. Debtor also intends to abandon the real property located at 15416 Kenneth Square Way, Brandywine, Maryland 20613.

WHEREFORE, for the reasons set forth hereinabove, the Debtor, Gail Robin Jones, respectfully requests this Court to allow her to convert her Chapter 13 case to a case under Chapter 11.

                                                GAIL ROBIN JONES
                                                By Counsel

LAW OFFICE OF JOHN T. DONELAN

   /s/ John T. Donelan_____
JOHN T. DONELAN, ESQUIRE
Virginia State Bar No. 18049
125 South Royal Street
Alexandria, Virginia 22314
Tel:  703-684-7555
Fax:  703-684-0981
*Counsel for Gail Robin Jones*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 29th day of January, 2018 a true copy of the foregoing Motion to Convert Chapter 13 Case to Chapter 11 was sent, first class mail, postage prepaid, to all creditors and parties of interest on the Mailing Matrix attached to this Motion and filed with the Court.

                                                \_\_\_/s/ John T. Donelan_____
                                                JOHN T. DONELAN