UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 18-10008-KHK |
| GAIL ROBIN JONES, ) | Chapter 11 |
| ) | |
|     Debtor-In-Possession. ) | |
| _____) | |

## ORDER GRANTING MOTION TO DISMISS CHAPTER 11 CASE

THIS CASE CAME ON to be heard on Debtor-in-Possession, Gail Robin Jones' Motion to Dismiss Chapter 11 Case; and

IT APPEARING TO THE COURT that Movant was represented by counsel, John T. Donelan, Esquire; and

IT FURTHER APPEARING TO THE COURT that all notice and service requirements pursuant to the appropriate Bankruptcy Rules have been met; and

IT FURTHER APPEARING TO THE COURT that no objections were filed by the U.S. Trustee, any creditor or any party in interest; and

IT FURTHER APPEARING TO THE COURT that all sums due the U.S. Trustee by the Debtor-in-Possession, Gail Robin Jones have been paid; it is therefore

ORDERED that Debtor-In-Possession, Gail Robin Jones' Motion to Dismiss Chapter 11 Case is granted.

Date: Jun 7 2018

/s/ Klinette Kindred

KLINETTE H. KINDRED
Judge U.S. Bankruptcy Court

Entered on Docket: 6/8/2018

I ASK FOR THIS:

LAW OFFICE OF JOHN T. DONELAN


  /s/ John T. Donelan
JOHN T. DONELAN, ESQUIRE
Virginia State Bar No. 18049
125 South Royal Street
Alexandria, Virginia 22314
Tel:  (703) 684-7555
Fax: (703) 684-0981
*Counsel for Gail Robin Jones*


SEEN:


  /s/ Jack I. Frankel
JACK I. FRANKEL, ESQUIRE
Office of the United States Trustee
115 S. Union Street, Suite 210
Alexandria, VA 22314


Copy electronically to:

John P. Fitzgerald, U.S. Trustee
ustpregion04.ax.ecf@usdoj.gov

Jack I. Frankel, Esquire
jack.i.frankel@usdoj.gov

John T. Donelan, Esquire
donelanlaw@gmail.com